# AMERICAN SECURITY & TRUST COMPANY *v.* THOMPSON.

Judgment reversed and cause remanded upon consent and confession of error filed by appellee.

No. 2658.   Submitted by confession of error October 13, 1914.   Decided October 13, 1914.

HEARING on an appeal by the defendants from a decree of the Supreme Court of the District of Columbia construing the will of John W. Thompson, deceased.            *Reversed.*

*Mr. Stanton C. Peelle, Mr. A. A. Hoehling, Jr., Mr. C. F. R. Ogilby, Mr. Nathaniel Wilson* and *Mr. Paul E. Lesh* for the appellants.

*Mr. A. S. Worthington* for the appellees.

The attorney for the appellees, after the docketing of the appeal in this court, filed the following confession of error:

Now come the appellees, Ross Thompson, Mary Ida Thompson, John W. Thompson and Ross DeBruler Thompson, a minor, by A. S. Worthington, their attorney, and confess that there is error in the decree of the supreme court of the District of Columbia appealed from in this case, and consent that said decree may be reversed and the case remanded to the supreme court of the District of Columbia for further proceedings.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

It appearing to the court that all the appellees by their counsel in the above-entitled cause have this day filed a confes-

sion of error, and have given their consent that the decree appealed from in this case may be reversed, it is therefore this 13th day of October, 1914, ordered, adjudged, and decreed by this court that the decree of the said supreme court of the District of Columbia in this cause entered December 26, 1913, be, and the same is hereby, reversed, with costs; and that this cause be, and the same is hereby remanded to the said Supreme Court for further proceedings consistent with this decree.